## BATCH v. TOWN OF CHAPEL HILL

No. 121PA89.

Case below: 92 N.C. App. 601.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 8 June 1989.

## BRUCE v. MEMORIAL MISSION HOSPITAL

No. 136PA89.

Case below: 92 N.C. App. 755.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 8 June 1989.

## CRIST v. MOFFATT

No. 69PA89.

Case below: 92 N.C. App. 520.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 8 June 1989.

## CRUMP v. BD. OF EDUCATION

No. 171A89.

Case below: 93 N.C. App. 168.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues denied 8 June 1989.

## CRUMPLER v. THORNBURG

No. 135P89.

Case below: 92 N.C. App. 719.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 June 1989.